UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1837

2008 JUN 13 AM 9:56

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ryan Patrick CONSTANTINE,** Defendant. | Magistrate Case No.________ <br> COMPLAINT FOR VIOLATION OF <br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien Without Presentation |

The undersigned complainant being duly sworn states:

On or about **June 11, 2008**, within the Southern District of California, defendant **Ryan Patrick CONSTANTINE, (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Azucena REYES-Ruiz**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **JUNE, 2008.**

UNITED STATES MAGISTRATE JUDGE

ue

## PROBABLE CAUSE STATEMENT

The complaint states that **Azucena REYES-Ruiz** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On June 11, 2008 at approximately 9:45 PM, **Ryan Patrick CONSTANTINE (Defendant)** made application for admission to the United States from Mexico via the vehicle primary lanes at the San Ysidro Port of Entry as the driver of a 1996 Ford Windstar. During pre-primary roving operations, a Customs and Border Protection (CBP) Canine Enforcement Officer noticed her Narcotic/Human Detector Dog alerted to the vehicle. Another CBP Officer approached the vehicle and conducted an inspection. Defendant stated he was not bringing anything from Mexico and that he had just purchased the vehicle. Defendant also stated he was a U.S. citizen and was heading to Clairemont Mesa. The CBP Officer approached the passenger side door and noticed a strong odor of gas emitting from the vehicle. An inspection of the undercarriage revealed a non factory compartment in the gas tank. Defendant and the vehicle were escorted to secondary for further inspection.

In secondary, CBP Officers made attempts to access the undercarriage compartment. The non-factory compartment ran length-wise parallel to the chassis of the vehicle. The non-factory compartment is described as being coffin-like with the entrance being located under the second & third row seats. The fuel source was re-routed to a 5 gallon plastic container hidden on the driver side wall located behind the side panel. In order to access the compartment, both rear seats had to be unhooked and removed and the factory carpeting had to be pulled back revealing an access panel. The access panel was opened revealing an adult female concealed within the compartment. The adult female was determined to be a citizen of Mexico without entitlements to enter or reside in the United States and is now identified as **Azucena REYES-Ruiz (Material Witness)**.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted to smuggling a person in the gas tank of a vehicle. Defendant admitted he was going to be compensated $200 (USD) for the smuggling act. Defendant admitted he was to deliver the vehicle to the Palomar trolley station. Defendant stated once he delivered the person, he was to return the vehicle to Mexico and receive payment.

During a videotaped interview, Material Witness admitted she was a citizen of Mexico without legal documents to enter the United States. Material Witness admitted she made arrangements with an unknown man for her to be smuggled into the United States to work as a waitress. Material Witness stated she was to work as a waitress to pay off her $3,000 USD smuggling fee. Material Witness stated she was in the compartment for approximately one hour. Material Witness stated she did not see the driver of the vehicle.